## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

United States District Court
Northern District of California
450 Golden Gate Ave. 16th Floor
San Francisco, CA 94102



C07-03674   CW

RE:     **JOSEPH GEORGE vs. UNKNOWN**
USDC No.:     **2:07-CV-01274-MCE-DAD**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated July 11, 2007, transmitted herewith are the following documents.

**Paper Documents: 1 to 1.**
**Electronic Documents: 2 to 3.**

> Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

July 11, 2007      /s/ **J. Donati**

Deputy Clerk

RECEIVED BY: _____

Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____