CLOSED, PRISONER_CIVIL_RIGHTS

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:07-cv-01274-MCE-DAD

(PC) George v. Unknown
Assigned to: Judge Morrison C. England, Jr
Referred to: Magistrate Judge Dale A. Drozd
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/25/2007
Date Terminated: 07/11/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Joseph George**     represented by **Joseph George**
T-79867
PELICAN BAY STATE PRISON
(PBSP-2)
P.O. BOX 7500
CRESCENT CITY, CA 95532-7500
PRO SE

V.

**Defendant**

Unknown

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2007 | 1 | COMPLAINT against Unknown, by Joseph George.(Kirkpatrick, S) (MAINTAIN ON PAPER) Modified on 6/28/2007 (Kirkpatrick, S). (Entered: 06/28/2007) |
| 06/28/2007 | 2 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Kirkpatrick, S) (Entered: 06/28/2007) |
| 06/28/2007 |  | SERVICE BY MAIL: 2 Prisoner New Case Documents for MCE served on Joseph George. (Kirkpatrick, S) (Entered: 06/28/2007) |
| 07/11/2007 | 3 | ORDER signed by Judge Dale A. Drozd on 7/11/07 ORDERING the CASE TRANSFERRED to the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Donati, J) (Entered: 07/11/2007) |
| 07/11/2007 |  | SERVICE BY MAIL: 3 Order Case Transferring case to Another District served on Joseph George (Donati, J) (Entered: 07/11/2007) |
| 07/11/2007 | 4 | TRANSMITTAL of DOCUMENTS re 3 Order Transferring Case on *7/11/2007* to * United States District Court* *Northern District of |

| | | |
|---|---|---|
| | | California* *450 Golden Gate Ave. 16th Floor* *San Francisco, CA 94102*. *<br>Paper Documents: 1 to 1. *<br>*Electronic Documents: 2 to 3. *. (Donati, J) (Entered: 07/11/2007) |
| 07/11/2007 | 5 | REQUEST for cost of copies by Joseph George. (Waggoner, D) [Request forwarded to the Northern District of California] Modified on 7/16/2007 (Waggoner, D). (Entered: 07/13/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/17/2007 11:56:01 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-01274-MCE-DAD |
| Billable Pages: | 1 | Cost: | 0.08 |