Well hello there;                                        Sunday, 7/8/07

        Please be so Kind to send me the cost to
photocopy the letter And envelope to the FBI that was
filed As civil complaint CAse NAme And NumbeR
Joseph George vs. UnKnown, ~~8:07 CV 01874~~ MCE-DAD.
Thank you so so much for your, AssistAnce, And hAve A
wonderful day.

                                        Sincerely,

**FILED**

JUL 1 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK