IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GEORGE,

    Plaintiff,

v.

JOHN DOE,

    Defendant.
_____/

No. C 07-03674 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

**FILED**

NOV 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: NOV 1 4 2007

                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.07\George3674.DISIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GEORGE,

    Plaintiff,

v.

UNKNOWN et al,

    Defendant.

Case Number: CV07-03674 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph A. George T-79867
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: November 14, 2007

        Richard W. Wieking, Clerk
        By: Clara Pierce, Deputy Clerk